# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Curtis Shuler ,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           3:12-cv-00695-RJC

Lawrence Parsons ;  J. Atwater,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

1.                                                 Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court